# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF NEW YORK

## MISCELLANEOUS CASE INFORMATION SHEET

| **PLAINTIFF:**<br>Arthur Kill Properties, LLC | **DEFENDANT:**<br>Integrity Brooklyn |
|---|---|

| **IN THE MATTER OF:** |
|---|
| Arthur Kill Properties, LLC v. Integrity Brooklyn |

| **CAUSE OF ACTION:** |
|---|
| Petition to Enforce Arbitral Subpoena in the Arthur Kill Properties, LLC v. Neal DeVito arbitration before the American Arbitration Association, Case No.: 02-22-0005-1954. |

| **RELIEF SOUGHT:** |
|---|
| An order directing Integrity Brooklyn to comply with the Arbitral Subpoena, issued by Arbitrator Vincent Gentile, dated November 27, 2023, and served on Integrity Brooklyn on December 4, 2023. |

| **ATTORNEY FOR PLAINTIFF:**<br>Milman Labuda Law Group PLLC<br>Michael J. Mauro, Esq.<br>3000 Marcus Avenue, Suite 3W8<br>Lake Success, NY 11042 | **ATTORNEY FOR DEFENDANT:**<br>N/A |
|---|---|

I am currently a member in good standing of the bar of this Court:   ☑ YES   ☐ NO

Signature of Attorney of Record: _/s/_   Date: 02/14/2024